FILED
AUG 23 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DANA GOOT,

*Plaintiff,*

v.

HARRIS & HARRIS, LTD.,

*Defendant.*

1:19-cv-3575 TWP -TAB

Civil Action No. ______________

**DEFENDANT HARRIS & HARRIS, LTD.'S**
**NOTICE OF REMOVAL**

Defendant Harris & Harris, Ltd. ("Defendant") files this *Notice of Removal* of this action from the Hamilton County Superior Court No. 5 to the United States District Court for the Southern District of Indiana as follows:

1. Plaintiff Dana Goot ("Plaintiff") filed her *Small Claims Complaint* on August 7, 2019, in the Hamilton County Superior Court No. 5 in the State of Indiana.

2. This is a civil action based on Plaintiff's contentions that Defendant has violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

3. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Removal is timely pursuant to 28 U.S.C. §1446(b) because Defendant has filed this Notice of Removal within 30 days of receipt of Plaintiff's Original Complaint. Plaintiff served a copy of the Complaint and summons upon Defendant August 12, 2019.

5. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

6. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

7. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Hamilton County Superior Court No. 5.

8. A jury demand was not made in state court.

For the above reasons, Defendant Harris & Harris Ltd. requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: August 21, 2019.

Respectfully submitted,

RUBIN & LEVIN, P.C.

/s/ Reynold T. Berry
Reynold T. Berry, Esq.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
317/860-2922 (Direct)
317/453-8622 (Fax)
rberry@rubin-levin.net

***COUNSEL FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded to parties entitled to notice of the same via ECF/first class mail/email/CMRRR on this 23rd day of August, 2019:

Dana Goot
1001 Fawn View Dr.
Carmel, IN 46032

/s/ Reynold T. Berry
Reynold T. Berry, Esq.