## SMALL CLAIMS COMPLAINT

**FILED** AUG 07 2019

Kathy King Williams
CLERK HAMILTON COUNTY COURTS

**HAMILTON SUPERIOR COURT 5**
One Hamilton County Square, Suite 297
Noblesville, Indiana 46060-2231
Telephone: (317) 776-8260
website: www.state.in.us/hcc/

CAUSE NO. 29D05- _1908_ -SC- _7372_

Plaintiff requests service by:
☐ Sheriff of _____ County
☑ Certified mail

Plaintiff 1: _DANA FOOT_
Plaintiff 2: _____
Address line 1: _1001 FAWN VIEW DR_
Address line 2: _____
City: _CARMEL_  State: _IN_  Zip: _46032_
Telephone: _(317) 506-8291_

vs.

Defendant 1: _HARRIS & HARRIS LTD_
Address line 1: _111 WEST JACKSON BLW_
Address line 2: _SUITE 400_
City: _CHICAGO_  State: _IL_  Zip: _60604-4135_

**If Plaintiff is represented by an attorney:**
Attorney _____
Attorney number _____
Address line 1 _____
Address line 2 _____
City _____ State ___ Zip _____
Telephone ( ___ ) _____

Defendant 2 _____
Address line 1 _____
Address line 2 _____
City _____ State ___ Zip _____
Telephone ( ___ ) _____

### CLERK'S NOTICE OF CLAIM TO DEFENDANT

You (the Defendant) have been sued by the Plaintiff whose name appears above. You must appear in Hamilton Superior Court 5 in person or by your attorney on _September 18, 2019 @ 9:00 AM_ for a first hearing. The Court may enter a default judgment against you if you fail to appear. The Plaintiff's claim is for: Note, Contract, or Account (copy attached) Other _____

A brief statement of the nature of the Plaintiff's claim against you is as follows:
_AS PER FAIR DEBT COLLECTION PRACTICE ACT, A CLAIM OF HARRASSMENT._

The Plaintiff demands judgment against the Defendant for $ _1000.00_, plus interest from the date of _AUG 7_, 20_19_, at the rate of _8_%, and the court costs of this action.

Date: _8/7/19_

_Dana K Foot_
Plaintiff's or attorney's signature
(attorney must sign if an attorney is representing Plaintiff)

(See important information on reverse side)

Rev. 6/12

**Exhibit A**

## IMPORTANT INFORMATION CONCERNING THIS CLAIM

1. The Plaintiff or the Defendant may represent themselves individually or be represented by an attorney. A Small Claims Litigant's Handbook is available at the offices of the Clerk or Court (or at the website at www.state.in.us/hcc/) for each party's benefit. The Plaintiff and Defendant should bring to trial all documents in their possession or under their control concerning this claim. Time does not permit trials in every case set for first hearing. Therefore, trials will be held as needed in eviction cases and such other cases where both parties are prepared for trial and time allows.

2. A default judgment may be entered against the Defendant if he or she fails to appear for a first hearing or any trial date, and if the Plaintiff fails to appear, the case will be dismissed (but may be refiled once more).

3. If the Defendant does not wish to dispute the Plaintiff's claim, the Defendant still may wish to appear to allow the Court to establish the method for paying the judgment.

4. Any request for a continuance of a first hearing or any trial date by either party should be filed with the Court at least five days before the hearing date. Forms for requesting a continuance are available at the Court's office or on the website. The party requesting a continuance must contact the other party regarding the request.

5. Any counterclaim against the Plaintiff must be filed with the Clerk in time to be mailed to and received by the Plaintiff at least seven calendar days before the trial. Forms are available for this purpose.

6. If a settlement of this claim is made out of Court, it should be in writing and signed by the Plaintiff and Defendant. Settlement forms may be obtained from the Court or from the website. The settlement shall be filed with the Court and will be entered in the Small Claims Docket and shall have the same effect as a judgment of the Court.

7. The filing of a Small Claim waives the Plaintiff's right to trial by jury. The Defendant may, no later than 10 days following service of the Notice of Claim, make a demand for a trial by jury in writing, in accordance with Indiana Code 33-29-2-7. If a jury trial request has been granted, it may not be withdrawn without consent of both parties. Both parties should then obtain attorneys. The Defendant must pay a $70 fee at the Clerk's Office within 10 days after the jury request has been granted; otherwise, the Defendant gives up the right to a jury trial.

8. Any exhibits you may offer at trial will be retained by the court for no less than 45 days and no more than four months after any hearing that results in a judgment. You may make arrangements to pick up your evidence with the court reporter any time beyond the 45 days after judgment has been entered. If an appeal is filed, those exhibits will permanently remain with the court. You will receive no further notices regarding your evidence.

### SHERIFF'S RETURN OF NOTICE OF CLAIM

I hereby certify that on the below date:

\_\_\_\_ I served this Notice of Claim by delivering a copy to the Defendant.

\_\_\_\_ I served this Notice of Claim by leaving a copy:

\_\_\_\_ at the dwelling or usual place of abode of Defendant;

\_\_\_\_ with a person of suitable age and discretion residing therein, namely_____;

\_\_\_\_ and by mailing a copy of the Notice of Claim to the Defendant, by first class mail, to the address listed on the Notice of Claim (date copy mailed if different from below: _____, 200\_\_\_).

\_\_\_\_ I was unable to serve this Notice of Claim because _____

_____.

Dated: _____

_____

Sheriff of Hamilton/_____ County

By: _____

Rev. 6/12

**Exhibit A**

STATE OF INDIANA      )
                      ) SS:
COUNTY OF HAMILTON    )

IN THE SUPERIOR COURT NO. 5

OF HAMILTON COUNTY

_DANA OOUT_
Plaintiff

v.

_HARRIS & HARRIS LTD_
Defendant

CAUSE NO. 29D05 1908-SC-7372

**FILED**
AUG 07 2019
Kathy Kreag Williams
CLERK
HAMILTON COUNTY COURTS

### AFFIDAVIT OF DEBT
(for a claim on account)

Comes now affiant, and states:

I, _DANA OOUT_ (name of affiant) am

[✓] the Plaintiff

or

[ ] a designated full-time employee of the Plaintiff.

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiff's business and/or my personal knowledge:

Plaintiff: [ ] is the original owner of this debt:

or

[ ] has obtained this debt from _____ and the original owner of this debt was _____.

_____, Defendant, has an unpaid balance of $_____ on account _____ (last 4 digits of number or I.D. only). That amount is due and owing to Plaintiff. This account was opened on _____. The last payment from Defendant was received on _____ in the amount of $_____.

The type of account is:

[ ] Credit card account (i.e., Visa, MasterCard, department store, etc.)
    List the name of the company/store issuing credit card: _____

[ ] Account for utilities (i.e., telephone, electric, sewer, etc.)

(over)

**Exhibit A**

☐ Medical bill account (i.e., doctor, dentist, hospital, etc.)
☐ Account for services (i.e., attorney fees, mechanic fees, etc.)
☐ Judgment issued by a court (a copy of the judgment is required to be attached)
☒ Other (please explain): $1000 PENALTY AS PER fair trade practice act as per Attorney General

This account balance includes:

☐ Late fees in the amount of $_____ as of _____
(month, day, year)

☐ Other (explain): _____

Interest at a rate of ____% beginning on _____
(month, day, year)

Plaintiff: NA
☒ is seeking attorney's fees and additional evidence will be presented to the Court prior to entry of judgment on attorney's fees.

or

☐ is not seeking attorney's fees.

Plaintiff believes that the Defendant is not a minor or incompetent individual.

**If Defendant is an individual**, Plaintiff states and declares that:

☐ Defendant is not on active military service. Plaintiff's statement that Defendant is not on active military service is based upon the following facts: _____

or

☐ Plaintiff is unable to determine whether or not Defendant is not on active military service.

("Active military service" includes full time duty in the military [including the National Guard and reserves] and, for members of the National Guard, service under a call to active service authorized by the President or Secretary of Defense. For further information, see the definition of "military service" in the Servicemembers Civil Relief Act, as amended, 50 U.S.C.A Appx. § 521.)

I swear or affirm under the penalties of perjury that the foregoing representations are true.

Date: 8/7/19                              _Dana [signature]_
                                          Signature of affiant

Rev. 3/11 Aff.of.Debt

**Exhibit A**