FILED

AUG 23 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANA GOOT | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | 1:19-cv-3575 TWP-TAB |
| | ) | |
| vs. | ) | |
| | ) | |
| HARRIS & HARRIS, LTD. | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for HARRIS & HARRIS LTD.

RUBIN & LEVIN, P.C.

Attorneys for HARRIS & HARRIS LTD.

By /s/ Reynold T. Berry
Reynold T. Berry
Atty. No. 25482-49

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to parties entitled to notice of the same via ECF/first class mail/email/CMRRR on this 23rd day of August, 2019:

Dana Goot
1001 Fawn View Dr.
Carmel, IN 46032

/s/ Reynold T. Berry
Reynold T. Berry

RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
(317) 634-0300 - FAX No. (317) 263-9410
Email: rberry@rubin-levin.net
G:\WP80\GENLIT\Harris & Harris-Goot-83919902\Appearance.wpd