# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana
District of

| | | |
|---|---|---|
| DANA GOOT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-CV-3575-TWP-TAB |
| HARRIS & HARRIS, LTD. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HARRIS & HARRIS, LTD.                                                                                      .

Date:     08/26/2019                                              /s/ PATRICK A. WATTS

*Attorney's signature*

Patrick Watts #61701
*Printed name and bar number:*
7733 Forsyth Blvd., Ste. 600, St. Louis, MO 63105

*Address*

pwatts@mamlaw.com

*E-mail address*

(314) 669-5490

*Telephone number*

(888) 632-6937

*FAX number*