# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANA GOOT | ) | Civil Action No. 1:19-cv-03575-TWP-TAB |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HARRIS & HARRIS, LTD. | ) | |
| | ) | |
| *Defendant.* | ) | |

## MOTION TO WITHDRAW APPEARANCE

Reynold T. Berry of the law firm of Rubin & Levin, P.C., pursuant to Local Rule 83.7(c) of the United States District Court for the Southern District of Indiana, moves for the withdrawal of his appearance on behalf of defendant, HARRIS & HARRIS, LTD. As Patrick A. Watts of the law firm of Malone and Martin PLLC, has also filed his appearance on behalf of defendant, HARRIS & HARRIS, LTD. and remains party of record for such party, the provisions of Local Rule 83.7(c)(2) and (3) do not apply.

RUBIN & LEVIN, P.C.


By____/s/ Reynold T. Berry_____
      Reynold T. Berry
      Atty. No. 25482-49

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that a true and correct copy of the foregoing document has been forwarded to parties entitled to notice of the same via ECF/first class mail/email/CMRRR on this 27TH day of August, 2019:

Dana Goot
1001 Fawn View Dr.
Carmel, IN 46032

Patrick A. Watts
Email: pwatts@mamlaw.com

                                    /s/ Reynold T. Berry
                                    Reynold T. Berry

RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN  46204
(317) 634-0300 - FAX No. (317) 263-9410
Email: rberry@rubin-levin.net
RTB/jas
G:\WP80\GENLIT\Harris & Harris-Goot-83919902\Withdrawal of Appearance.wpd