UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANA GOOT ) | Civil Action No. 1:19-cv-03575-TWP-TAB |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | |
| ) | |
| HARRIS & HARRIS, LTD. ) | |
| ) | |
| *Defendant.* ) | |

## ORDER WITHDRAWING APPEARANCE

Comes now Reynold T. Berry of the law firm of Rubin & Levin, P.C., having heretofore filed his Motion to Withdraw Appearance.

And the Court, being duly advised, now finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Reynold T. Berry's appearance on behalf of the defendant, HARRIS & HARRIS, LTD. is withdrawn and Reynold T. Berry and Rubin & Levin, P.C. shall be removed from future distributions in this matter.

Dated: _____

_____
Judge, United States District Court,
Southern District of Indiana

DISTRIBUTION:

Dana Goot
1001 Fawn View Dr.
Carmel, IN 46032

Patrick A. Watts
Email: pwatts@mamlaw.com

Reynold T. Berry
Email: rberry@rubin-levin.net
RTB/jas G:\WP80\GENLIT\Harris & Harris-Goot-83919902\Withdraw Order.wpd