UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANA GOOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03575-TWP-TAB |
| | ) | |
| HARRIS & HARRIS, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING TELEPHONIC INITIAL PRETRIAL CONFERENCE**

This case is assigned for a telephonic initial pretrial conference before United States

Magistrate Judge Tim A. Baker on **October 3, 2019, at 3 p.m. (Eastern Time). The**

**information needed by counsel of record to participate in this telephonic conference will be**

**provided by separate notification. Plaintiff shall personally participate in this conference**

**by calling the Court at 317-229-3660.** If a proposed Case Management Plan ("CMP") has not

yet been filed, the parties shall tender a proposed CMP no less than 7 days prior to the pretrial

conference. The CMP shall be in the format set forth in the model CMP found on the Court's

website (www.insd.uscourts.gov), shall comply with S.D.Ind.L.R. 16-1(b), and shall address

discovery issues as required by Fed. R. Civ. P. 26(f). (Please note that a separate Uniform Patent

Case Management Plan is to be used for patent cases.)

As it appears that Plaintiff is proceeding without counsel, or *pro se*, at this point, the

parties are directed to the Court's website (www.insd.uscourts.gov) for assistance. Clicking on

the 'Representing Yourself' button near the top of the homepage will provide a list of resources

and forms that pro se litigants may find helpful. For assistance with preparing the Case

Management Plan, parties are directed to either 'Attorneys' and then 'Case Management Plans'

or 'Representing Yourself' and then 'Pro Se Forms' on the Court's website. Under 'Pro Se Forms' open 'Case Management Plans.' The form to be used for a Case Management Plan and instructions for preparing one are available in a PDF or word processing format. **Parties who are not represented by counsel shall attend the initial pretrial conference by telephone.** Represented parties shall attend the initial pretrial conference by counsel and may attend themselves at their option.

Counsel who attend the conference must have their appearance on file, and must be familiar with and prepared to discuss the facts and legal issues in the case, as well as the scope of damages. Counsel and pro se parties should expect to be asked specific questions concerning the case, and should be prepared to set forth all known facts that support any issue, claim, or defense, including any claim for or defense to damages.

Pursuant to S.D.Ind.L.R. 16-1(d), parties and counsel should also be prepared to fully discuss settlement at the initial pretrial conference (as well as any subsequent conference). **Plaintiff and/or their counsel shall appear at the pretrial conference prepared to make a settlement proposal if no proposal has yet been made.** Defendant and/or their counsel shall appear at the pretrial conference prepared to make an offer to any outstanding proposal. If no proposal has been made, Defendant and/or their counsel shall be prepared to discuss the general parameters of relief responsive to any proposal made at the pretrial conference.

The Court encourages parties and counsel to agree on a numbering system for exhibits in discovery that will assign a unique number to each exhibit, so that the same exhibit number can be used at all depositions and at trial. If the parties anticipate seeking a protective order to protect the confidentiality of trade secrets or other confidential information, they shall carefully review the Seventh Circuit's decisions in *Baxter International v. Abbott Laboratories*, 297 F.3d

544 (7th Cir. 2002), *Union Oil Company of California v. Leavell*, 220 F.3d 562 (7th Cir. 2000),

*Citizens First National Bank of Princeton v. Cincinnati Insurance Co.*, 178 F.3d 943 (7th Cir.

1999), and related cases.  Additional guidance about protective orders and filing documents

under seal, including sample orders that have been approved and rejected, is available at the

Court's website (www.insd.uscourts.gov).  Failure to conform any proposed protective order to

the limitations and requirements of these decisions may result in the Court denying the proposed

order.

Pursuant to Local Rule 5-2(a), all documents filed by counsel in this matter shall be filed

electronically, unless expressly exempted by local rule or an Order of the Court.  (Pro se litigants

may not file documents electronically.)  Accordingly, counsel shall register with the Clerk's

office for electronic filing.  Counsel need only register one time in the Southern District; it is not

necessary to register in every case in which counsel is involved.  Information on electronic filing

can be found by visiting the Court's website and going to E-Filing Resources.  For assistance or

training in the use of electronic filing, please contact the Clerk's office at (317) 229-3700.

Electronic filing allows public access to case information.  For this reason, parties must

refrain from including personal identifying information such as social security numbers, names

of minor children, dates of birth, and financial account numbers.  Any such information that

cannot be eliminated from a filing must be redacted.  Please refer to Fed. R. Civ. P. 5.2 for more

information.

Date:  8/30/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

DANA GOOT
1001 Fawn View Dr.
Carmel, IN 46032