UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DANA GOOT,<br>   *Plaintiffs*,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br>   *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:19-cv-03575-TWP-TAB |

### DEFENDANT HARRIS & HARRIS, LTD.'S
### ANSWER TO PLAINTIFF'S COMPLAINT

### INTRODUCTION

Defendant Harris & Harris, Ltd. ("Defendant" or "Harris") files its Answer to Plaintiff Dana Good ("Plaintiff")'s Complaint as follows:

1. **Allegation:** As per Fair Debt Collection Practices Act, a claim of harassment.

   **Answer:** Defendant denies this allegation.

2. **Allegation:** The Plaintiff demands judgment against the Defendant for $1000.00, plus interest from the date of Aug 7, 2019, at the rate of 8%, and the court costs of this action.

   **Answer:** Defendant denies any violation occurred and further denies Plaintiff is entitled to the relief requested.

### AFFIRMATIVE DEFENSES

3. Any violation, if it occurred, was the result of a bona fide error notwithstanding procedures reasonably adapted to avoid such an error.

4. Plaintiff's damages, if any, are the result of the actions of third parties over whom Defendant has no control.

5. Plaintiff's damages, if any, were pre-existing damages not caused by Defendant.

6. Plaintiff has failed to mitigate damages, if any.

7. Plaintiff proximately caused her own damages, if any.

8. Plaintiffs have not suffered a concrete, injury-in-fact.

Considering the above, Defendant Harris and Harris, Ltd. respectfully requests that Plaintiff take nothing herein, that Defendant be dismissed with its costs, and all other and further relief, at law or in equity, to which Defendant may be justly entitled.

Dated: September 7, 2019                                  Respectfully Submitted,

**MALONE FROST MARTIN, PLLC**

*Attorneys for Defendant*

/s/ PATRICK A. WATTS
Patrick A. Watts
MO State Bar No. 61701
7733 Forsyth Blvd., Ste. 600
St. Louis, MO 63105
P: (314) 669-5490
F: (888) 632-6937
pwatts@mamlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via CM/RRR and first class mail on this 7th day of September 2019, to the following party:

Dana Goot
1001 Fawn View Drive
Carmel, IN 46032
(317)566-8991

                                                  /s/ PATRICK A. WATTS
                                                  PATRICK A. WATTS