UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANA GOOT,<br><br>  *Plaintiffs*,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br><br>  *Defendant*. | CASE NO. 1:19-cv-03575-TWP-TAB |

## DEFENDANT HARRIS & HARRIS, LTD.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURES

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant HARRIS & HARRIS, LTD. ("**Defendant**") files this *Certificate of Interested Parties* who may have a financial interest in the outcome of this case:

 Dana Goot
 1001 Fawn View Drive
 Carmel, IN 46032
 (317)566-8991
   *Plaintiff*

 Harris & Harris, Ltd.
   *Defendant*
 c/o Patrick A. Watts
 Malone Frost Martin PLLC
 7733 Forsyth Blvd., Ste. 600
 St. Louis, MO 63106
 Email: pwatts@mamlaw.com

The undersigned, counsel of record for Defendant certifies that Defendant Harris & Harris, Ltd. is not owned by any parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: September 7, 2019					Respectfully Submitted,

**MALONE FROST MARTIN, PLLC**

*Attorneys for Defendant*

/s/ PATRICK A. WATTS
Patrick A. Watts
MO State Bar No. 61701
7733 Forsyth Blvd., Ste. 600
St. Louis, MO 63105
P: (314) 669-5490
F: (888) 632-6937
pwatts@mamlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via CM/RRR and first class mail on this 7th day of September 2019, to the following party:

    Dana Goot
    1001 Fawn View Drive
    Carmel, IN 46032
    (317)566-8991

					/s/ PATRICK A. WATTS
					  PATRICK A. WATTS